1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of
   Lawrence D. Rohlfing
3  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
4  Tel.: (562)868-5886
   Fax: (562)868-5491
5  E-mail: rohlfing_office@speakeasy.net

6  Attorneys for Plaintiff
   Denise Cronin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DENISE CRONIN, | ) Case No.: CV 09-03866 SS |
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of rights, the amount of $3,700.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:  4/30/10                              /S/

_____
THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ 𝔏𝔞𝔴𝔯𝔢𝔫𝔠𝔢 𝔇. 𝔎𝔬𝔥𝔩𔣂𔣇𝔫𝔤
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Denise Cronin